**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE BIG IDEA COMPANY, LLC, | : | |
| | : | Case No. 2:11-cv-1148 |
| Plaintiff, | : | |
| | : | |
| v. | : | Mag. Judge Norah McCann King |
| | : | |
| THE PARENT CARE RESOURCE, LLC, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), The Big Idea Company, LLC ("Plaintiff") and The Parent Care Resource, LLC, PMV Management Company, Inc., Eastwind Capital, LLC, P. Michael Valley II Insurance Agency, Inc., Sharon A. Staley, and P. Michael Valley, II (collectively, "Defendants"), hereby dismiss all claims and counterclaims filed against each other with prejudice, with each party to bear their own costs.

The parties represent that they have entered into a separate confidential Settlement Agreement (the "Settlement Agreement").  This Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement, a duly executed copy of which may be disclosed to this Court by either party for the purpose of its enforcement.

**IT IS SO ORDERED.**

DATE: April 16, 2013        *s/ Norah McCann King*
                            Mag. Judge Norah McCann King

2

AGREED TO AND SUBMITTED:

| /s/ Scott A. Campbell | /s/  Neal Hauschild |
|---|---|
| Scott A. Campbell     (0064974) | Neal Hauschild      (00075964) |
| Thompson Hine LLP | 215 N. Parkview Ave. |
| 41 South High Street, Suite 1700 | Columbus, Ohio 43209 |
| Columbus, OH  43215-6101 | Phone: (614) 282-7370 |
| Telephone: 614-469-3311 | Fax: (614) 573-7635 |
| Fax: 614-469-3361 | nth@nthlaw.com |
| scott.campbell@thompsonhine.com | |
| | *Attorney for Defendants The Parent Care Resource, LLC; PMV Management Company, Inc. d/b/a Estate Planning Professionals; Eastwind Capital, LLC d/b/a Estate Planning Professionals; P. Michael Valley II, Insurance Agency, Inc. d/b/a Estate Planning Professionals; Sharon A. Staley, and P. Michael Valley, II* |
| *Attorney for Plaintiff The Big Idea Company, LLC* | |

732405.1